Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number:  6:16-po-678-MJS |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| ANDREW J. JOHNSON, | |
| Defendant. | |

    Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.  Defendant was charged possessing a firearm in violation of state law.  The parties agreed this matter could be resolved by forfeiture of collateral in accordance with the bail schedule.  Defendant subsequently requested the fine amount be satisfied by forfeiture of the weapon, and the Government is in agreement with that resolution.

    Therefore, the Government respectfully requests, the Court order the forfeiture of the Hi-Point Firearms .40 caliber pistol, serial number 716083 currently in the

//
//

Government's possession, and grant the motion to dismiss Citation Number 6378393.

Dated:  February 17, 2017                NATIONAL PARK SERVICE

                                                 /S/ Susan St. Vincent
                                                 Susan St. Vincent
                                                 Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Johnson, Case number 6:16-po-678-MJS*, be dismissed, without prejudice, in the interest of justice, and the firearm, serial number 716083, be forfeit to the Government.

IT IS SO ORDERED.

Dated:   February 21, 2017             /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE